UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:            _____

 Judge:             _____

Chapter:                    13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Following are the confirmation numbers:

Conf # 5631555 for payment made on 3/29/2018 in the amount of $2000;

Conf # 5701153 for payment made on 4/11/2018 in the amount of $1000

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3.  This certification is being made in an effort to resolve the issues raised in the certification

    of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _____                    _____
                                                  Debtor's Signature

Date: _____                    _____
                                                  Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
    13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
    opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
    Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
    Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
    Default.

*rev.8/1/15*