Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−28946−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Coyle
aka Jim Coyle
31 Hamilton Dr
Laurel Springs, NJ 08021

Karen E. Coyle
31 Hamilton Dr
Laurel Springs, NJ 08021

Social Security No.:
xxx−xx−4118
xxx−xx−0973

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    8/16/18
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
$1,300.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 9, 2018
JAN: eag

Jeanne Naughton
Clerk

Case 16-28946-JNP    Doc 45    Filed 07/11/18    Entered 07/12/18 00:36:16    Desc Imaged
Certificate of Notice    Page 2 of 5

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-28946-JNP
James Coyle                                                         Chapter 13
Karen E. Coyle
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Jul 09, 2018
                              Form ID: 137                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db/jdb         +James Coyle,    Karen E. Coyle,    31 Hamilton Dr,    Laurel Springs, NJ 08021-2742
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516428735     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE 19713)
516428719      +Central Credit Services,    PO Box 1850,    Saint Charles, MO 63302-1850
516428722      +Chrysler Financial Services,    310 Sawmill Ln,    Horsham, PA 19044-1925
516593013       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516428729       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516428731      +Golden Valley Lending,    635 East Hwy 20, E,    Upper Lake, CA 95485-8793
516428734      +Lyons, Doughty and Veldhuis, PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516428739      +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516428744      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516428745      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516527148      +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516428747      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
516428749      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2018 22:48:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2018 22:48:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516428715       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 09 2018 22:48:33      American Honda Finance,
                 Po Box 168088,   Irving, TX 75016
516428716      +E-mail/Text: legal@arsnational.com Jul 09 2018 22:47:46      ARS National Services Inc.,
                 PO Box 469046,   Escondido, CA 92046-9046
516428717      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 09 2018 22:48:14      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
516428720      +E-mail/Text: compliance@chaserec.com Jul 09 2018 22:49:12      Chase Receivables,
                 1247 Broadway,   Sonoma, CA 95476-7503
516428723      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2018 22:48:02
                 Comenity Bank/OneStopPlus.com,    Po Box 182125,   Columbus, OH 43218-2125
516428724      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2018 22:48:02      Comenity Bank/Roamans,
                 Po Box 182125,   Columbus, OH 43218-2125
516428725       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2018 22:48:02
                 Comenity Bank/Victoria Secret,    Po Box 18215,   Columbus, OH 43218
516428726      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2018 22:57:45      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
516499938      +E-mail/Text: bankruptcy@sccompanies.com Jul 09 2018 22:47:03      Figi's Companies Inc.,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516428728      +E-mail/Text: bankruptcy@sccompanies.com Jul 09 2018 22:47:03      Figis Companies/dm Ser,
                 3200 S Central Ave,   Marshfield, WI 54404-0001
516428733       E-mail/Text: cio.bncmail@irs.gov Jul 09 2018 22:47:35      Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114
516522308      +E-mail/Text: bankruptcy@sccompanies.com Jul 09 2018 22:47:03      K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516569741       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2018 22:57:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516528523      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2018 22:48:18      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516522307      +E-mail/Text: bankruptcy@sccompanies.com Jul 09 2018 22:47:03      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516599353      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2018 22:48:18
                 Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,   Po Box 2036,
                 Warren MI 48090-2036
516428736      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2018 22:48:18      Midland Funding,
                 2365 Northside Dr,   Suite 300,    San Diego, CA 92108-2709
516428738      +E-mail/Text: bankruptcy@sccompanies.com Jul 09 2018 22:49:27      Monroe And Main,
                 1112 Seventh Ave.,   Monroe, WI 53566-1364
516525596      +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:28      ONEMAIN,   605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
516428740      +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:27      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,   Ntsb-2320,    Irving, TX 75039-3198
516428743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2018 22:58:09
                 Portfolio Recovery,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
516428742       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2018 22:58:09
                 Portfolio Recovery,   Po Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-1           User: admin               Page 2 of 3                   Date Rcvd: Jul 09, 2018
                               Form ID: 137              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516615607         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2018 22:57:14
                   Portfolio Recovery Associates, LLC,   C/O Bluestem Brands Inc.,   POB 41067,
                   Norfolk VA 23541
516612755         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2018 22:58:09
                   Portfolio Recovery Associates, LLC,   c/o Roamans,   POB 41067,   Norfolk VA 23541
516612753         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2018 22:57:41
                   Portfolio Recovery Associates, LLC,   c/o Woman Within,   POB 41067,   Norfolk VA 23541
516595795        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2018 22:48:37     Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516537937         E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2018 22:48:12
                   Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516430403         E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2018 22:57:33      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
516428746        +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2018 22:57:34      Synchrony Bank/ Old Navy,
                   Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516428721*       +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
516428727*       +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
516428730*        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516443238*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516428737*       +Midland Funding,    2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
516428741*       +Onemain Financial/Citifinancial,    6801 Colwell Blvd,    Ntsb-2320,   Irving, TX 75039-3198
516520853*       +Onemain Financial/Citifinancial,    6801 Colwell Blvd.,    Ntsb-2320,   Irving, TX 75039-3198
516428748*       +Trident Asset Management,    Po Box 888424,   Atlanta, GA 30356-0424
516428718      ##+Central Credit Services,    PO Box 1898,   Saint Charles, MO 63302-1898
516428732      ##+HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
                                                                                         TOTALS: 0, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
```
              Andrew Thomas Archer    on behalf of Joint Debtor Karen E. Coyle aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor James   Coyle aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor James   Coyle bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Karen E. Coyle bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
                bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
                dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Jul 09, 2018
                              Form ID: 137             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        TOTAL: 9