| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Brenner Spiller & Archer <br> 175 Richey Avenue <br> Collingswood, NJ 08107 <br> 856-963-5000 <br> 856-858-4371 <br> Attorney for Debtor(s) | Order Filed on November 5, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: <br><br> JAMES COYLE & <br> KAREN E. COYLE | Case Number: 16-28946 <br> Hearing Date: <br> Judge: <br> Chapter: 13 |

## CONSENT ORDER RESOLVING TRUSTEE CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: James Coyle
Case No.: 16-28946
Caption of Order: Consent Order Resolving Trustee's Certification of Default

Upon consideration of Isabel Balboa, Chapter 13 Trustee, Certification of Default it is hereby **AGREED** as follows:

1. The debtor is currently in arrears to the Chapter 13 trustee in the amount of $3,374.00.

2. There are currently 36 months remaining in the confirmed Chapter 13 plan.

3. The arrears will be capitalized over the remaining 36 months of the Chapter 13 plan.

4. The capitalization will increase the Chapter 13 plan payments by $94.00 per month.

5. The terms of the capitalization will be:
   $16,700 paid to date; then $1,129.00 per month for 36 months.


_____
Isabel Balboa
Chapter 13 Trustee


_____
Andrew Archer, Esq
Attorney for the Debtor