**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

James Coyle
Karen E. Coyle

Case No.: 16-28946
Hearing Date: 3/8/2019
Chapter: 13
Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** March 8, 2019 @ 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 1/25/2019

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 1/25/, 20 19 this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-28946-JNP
James Coyle                                                                               Chapter 13
Karen E. Coyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jan 25, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
db/jdb         +James Coyle,   Karen E. Coyle,   31 Hamilton Dr,   Laurel Springs, NJ 08021-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:
      Andrew Thomas Archer    on behalf of Joint Debtor Karen E. Coyle aarcher@brennerlawoffice.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Andrew Thomas Archer    on behalf of Debtor James  Coyle aarcher@brennerlawoffice.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Brad J. Spiller    on behalf of Debtor James  Coyle bankruptcy@brennerlawoffice.com,
       aarcher@brennerlawoffice.com
      Brad J. Spiller    on behalf of Joint Debtor Karen E. Coyle bankruptcy@brennerlawoffice.com,
       aarcher@brennerlawoffice.com
      Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
       for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
       of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
       NJ_ECF_Notices@McCalla.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
                                            TOTAL: 9