Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 16–28946–JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Coyle                                            Karen E. Coyle
   aka Jim Coyle                                   31 Hamilton Dr
   31 Hamilton Dr                                 Laurel Springs, NJ 08021
   Laurel Springs, NJ 08021

Social Security No.:
   xxx–xx–4118                                        xxx–xx–0973

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           July 30, 2019
Time:          10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – Certification in Opposition to (related document:77 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 31 Hamilton Dr, Clementon, NJ, 08021. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10, 37 Creditor's Certification of Default filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10, 41 Order (Generic), 61 Creditor's Certification of Default filed by Creditor Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset–Backed Certificates, Series 200, 72 Order (Generic)) filed by Rebecca Ann Solarz on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10. Objection deadline is 07/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Affidavit From Movant # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10) filed by Andrew Thomas Archer on behalf of James Coyle, Karen E. Coyle. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2019
JAN: lgr

                                                                                      Jeanne Naughton
                                                                                       Clerk