Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–28946–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Coyle
aka Jim Coyle
31 Hamilton Dr
Laurel Springs, NJ 08021

Karen E. Coyle
31 Hamilton Dr
Laurel Springs, NJ 08021

Social Security No.:
  xxx–xx–4118                                        xxx–xx–0973

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          July 30, 2019
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – Certification in Opposition to (related document:77 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 31 Hamilton Dr, Clementon, NJ, 08021. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10, 37 Creditor's Certification of Default filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10, 41 Order (Generic), 61 Creditor's Certification of Default filed by Creditor Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset–Backed Certificates, Series 200, 72 Order (Generic)) filed by Rebecca Ann Solarz on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10. Objection deadline is 07/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Affidavit From Movant # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS Inc., Asset–Backed Certificates, Series 2007–10) filed by Andrew Thomas Archer on behalf of James Coyle, Karen E. Coyle. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2019
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-28946-JNP
James Coyle                                                                   Chapter 13
Karen E. Coyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2019
                               Form ID: 173             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db/jdb         +James Coyle,   Karen E. Coyle,   31 Hamilton Dr,   Laurel Springs, NJ 08021-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Joint Debtor Karen E. Coyle aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Debtor James   Coyle aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Debtor James   Coyle bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Joint Debtor Karen E. Coyle bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brian C. Nicholas    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
           The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
           CWABS, Inc., Asset-Backed Certificates, Series 200 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
           rsolarz@kmllawgroup.com
                                                                                            TOTAL: 11