Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–28946–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Coyle                                      Karen E. Coyle
aka Jim Coyle                                    31 Hamilton Dr
31 Hamilton Dr                                   Laurel Springs, NJ 08021
Laurel Springs, NJ 08021

Social Security No.:
  xxx–xx–4118                                    xxx–xx–0973

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: James Coyle and Karen E. Coyle
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: November 1, 2021
JAN: def

                                                    Jeanne Naughton, Clerk