<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td></td><td></td></tr>
<tr><td>In Re:<br><br>JAMES & KAREN COYLE</td><td>Case No.:<br><br>Chapter:<br><br>Judge:</td><td>16-28946 JNP<br><br>13<br><br>JNP</td></tr>
</table>

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, James Coyle _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/5/21 _____       _James Coyle_____
                                     Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>JAMES & KAREN COYLE | Case No.: | 16-28946 JNP |
| | Chapter: | 13 |
| | Judge: | JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Karen Coyle _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _10/5/21_____

_Karen E Coyle_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*