| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Coyle<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4118<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Karen E. Coyle<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0973<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28946–JNP | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    James Coyle                                  Karen E. Coyle
    aka Jim Coyle

    <u>12/6/21</u>                                **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 16-28946-JNP
James Coyle                                                                                                Chapter 13
Karen E. Coyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Dec 06, 2021      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Coyle, Karen E. Coyle, 31 Hamilton Dr, Laurel Springs, NJ 08021-2742 |
| cr | + | Specialized Loan Servicing LLC, as servicing agent, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516428718 | + | Central Credit Services, PO Box 1898, Saint Charles, MO 63302-1898 |
| 516428722 | + | Chrysler Financial Services, 310 Sawmill Ln, Horsham, PA 19044-1925 |
| 516428729 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 516428731 | + | Golden Valley Lending, 635 East Hwy 20, E, Upper Lake, CA 95485-8793 |
| 516428734 | + | Lyons, Doughty and Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516428735 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 519006329 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516428745 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 516527148 | + | The Bank of NY Mellon, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516428747 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516428715 | | EDI: HNDA.COM | Dec 07 2021 01:38:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516428716 | + | EDI: ARSN.COM | Dec 07 2021 01:38:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 516428717 | + | EDI: ACCE.COM | Dec 07 2021 01:38:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 516428719 | + | EDI: PINNACLE.COM | Dec 07 2021 01:38:00 | Central Credit Services, PO Box 1850, Saint Charles, MO 63302-1850 |
| 516428720 | + | Email/Text: compliance@chaserec.com | Dec 06 2021 20:36:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 516428723 | + | EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenity Bank/OneStopPlus.com, Po Box 182125, Columbus, OH 43218-2125 |
| 516428724 | + | EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenity Bank/Roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 516428725 | | EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 516428726 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2021 20:49:26 | Credit One Bank Na, Po Box 98873, Las Vegas, |

Case 16-28946-JNP   Doc 101   Filed 12/08/21   Entered 12/09/21 00:14:35   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | | NV 89193-8873 |
| 516593013 | EDI: Q3G.COM | Dec 07 2021 01:38:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516499938 | + EDI: CBSMASON | Dec 07 2021 01:38:00 | Figi's Companies Inc., c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516428728 | + EDI: CBSMASON | Dec 07 2021 01:38:00 | Figis Companies/dm Ser, 3200 S Central Ave, Marshfield, WI 54449-8616 |
| 516428732 | + EDI: HFC.COM | Dec 07 2021 01:38:00 | HSBC, PO Box 5253, Carol Stream, IL 60197-5253 |
| 516428733 | EDI: IRS.COM | Dec 07 2021 01:38:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516522308 | + EDI: CBSMASON | Dec 07 2021 01:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516569741 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2021 20:49:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516528523 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516522307 | + EDI: CBSMASON | Dec 07 2021 01:38:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516599353 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 516428736 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 516428738 | + EDI: CBS7AVE | Dec 07 2021 01:38:00 | Monroe And Main, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 516428739 | + Email/Text: bankruptcy@ncaks.com | Dec 06 2021 20:35:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516525596 | + EDI: AGFINANCE.COM | Dec 07 2021 01:38:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 516428740 | + EDI: AGFINANCE.COM | Dec 07 2021 01:38:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 516428743 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 516428742 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 516615607 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, C/O Bluestem Brands Inc., POB 41067, Norfolk VA 23541 |
| 516612755 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Roamans, POB 41067, Norfolk VA 23541 |
| 516612753 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Woman Within, POB 41067, Norfolk VA 23541 |
| 516428744 | Email/Text: signed.order@pfwattorneys.com | Dec 06 2021 20:35:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 516595795 | + EDI: JEFFERSONCAP.COM | Dec 07 2021 01:38:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516537937 | EDI: Q3G.COM | Dec 07 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| 516430403 | | EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| --- | --- | --- | --- | --- |
| 516428746 | + | EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank/ Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 516428749 | + | EDI: CITICORP.COM | Dec 07 2021 01:38:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516428721 | *+ | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 516428727 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516428730 | * | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 516443238 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516428737 | *+ | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 516428741 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 516520853 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd., Ntsb-2320, Irving, TX 75039-3198 |
| 516428748 | *+ | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Thomas Archer | on behalf of Joint Debtor Karen E. Coyle aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor James Coyle aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brad J. Spiller | on behalf of Debtor James Coyle bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Brad J. Spiller | on behalf of Joint Debtor Karen E. Coyle bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 200 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francesca Ann Arcure
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 200 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10 rsolarz@kmllawgroup.com

TOTAL: 11